UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE TAYLOR, III, | No. 2:25-cv-0307 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| S. AWATANI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2025, petitioner was ordered to show cause why the complaint should not be dismissed without prejudice for failure to exhaust administrative remedies. ECF No. 6. Since that order, plaintiff has filed six proofs of service, some of which are duplicative, stating that he has served various individuals at the California Department of Corrections with copies of 602s.[1] ECF No. 11, 12, 15, 17-19. These proofs of service do not provide any information other than that plaintiff has served grievances; they are not responsive to the order to show cause, and will be stricken from the record. Plaintiff currently has until March 13, 2025, to respond to the order to show cause and explain why the complaint should not be dismissed for

---

[1] Plaintiff has also filed a proof of service indicating that he served his motion for a temporary restraining order on the warden of the California Health Care Facility. ECF No. 16. Plaintiff is informed that the court will not rule on his motion for a temporary restraining order until he responds to the order to show cause.

1

1  failure to exhaust administrative remedies prior to filing.  Any further proofs of service for prison
2  grievances will be stricken from the record unless they are being submitted in support of his
3  response to the order to show cause.
4        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
5  STRIKE plaintiff's proofs of service (ECF Nos. 11, 12, 15, 17-19) from the record.
6  DATED: February 27, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2