UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WAYNE TAYLOR, III,    | No. 2:25-cv-0307 TLN AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| S. AWATANI, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file a notice of appeal from the order dismissing his case. The instant case has not been dismissed and plaintiff has no pending deadlines.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 27) is DENIED as moot.

DATED: April 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE